COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Kenneth D. King and Judith King, by and through Judith King, Independent Executor of the Estate of Kenneth King, deceased v. Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the Owners of Accredited Mortgage Loan Trust 2004-4 Asset Backed notes, By its Attorney-In-Fact and Servicer in-fact, select Portfolio Servicing, Inc.

Appellate case number: 01-13-01091-CV

Trial court case number: 2012-36457

Trial court: 281st District Court of Harris County

Appellants have filed a Motion to Supplement Appellants' Brief, requesting that we permit the supplementation of their brief and take judicial notice of records filed in the Fourteenth Court of Appeals. Appellee has filed a response in opposition.

Appellants' motion is **granted in part;** Appellants may file a supplemental brief with records, as described in their motion, within 10 days of the date of this order. Appellants' request that we take judicial notice of the records to be attached is **carried with the case**, and will be determined upon submission.

Should appellee wish to file a responsive supplemental brief, any such brief will be due no later than 30 days from the date appellants' supplemental brief is filed.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
☑ Acting individually    ☐ Acting for the Court


Date: July 24, 2014